**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

    vs.                                                **CASE NO: 8:13-CR-459-T-24TGW**

**GREGORIO HORACIO CAMPO-RODRIGUEZ**
    **Defendant**

**ORDER**

This case is before the Court on Defendant Campo-Rodriguez's pro-se motion for reduction in sentence pursuant to Rule 35(b). (Dkt. 202). Defendant was sentenced to 87 months of imprisonment on June 5, 2014, and he claims that since being sentenced he has provided information to the Government regarding the activities of certain named drug smugglers that has resulted in substantial assistance, and as such, he is entitled to a further reduction in sentence. (Defendant received a reduction based on a 5K1.1 motion at the time of sentencing.)

A Rule 35(b) motion is a motion that must be filed by the Government. This Court has the authority to review the Government's refusal to file a substantial assistance motion and grant a remedy only if it finds the refusal to file is based on an unconstitutional motive, such as race or religion. *Wade v. United States*, 504 U.S. 181, 185-86 (1982). It is up to Defendant to make a substantial threshold showing of an unconstitutional motive. A generalized showing is not enough. *U.S. v. Gilmore*, 149 Fed. Appx 883, 887 (11th Cir. 2005). Defendant has not alleged or produced any evidence that the Government's failure to file a Rule 35(b) motion is based on an unconstitutional motive. The Government has the power but not the duty to file a Rule 35(b) motion when a defendant has assisted the Government. *Wade*, 504 at 185. The Court does not

evaluate the assistance rendered by a defendant unless and until the Government files its motion for downward departure. The Court is precluded from intruding into prosecutorial discretion. *U.S.. v. Forney*, 9 F.3d 1492, 1500-01 (11th Cir. 1993).  Accordingly, Defendant's motion to reduce sentence is **DENIED**.

    It is so Ordered at Tampa, Florida this 2nd day of August, 2016.

                                              SUSAN C. BUCKLEW
                                              United States District Judge

Copy to: Gregorio Horacio Campo-Rodriguez